UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRACIE R. DELGADO and EDUARDO F. PARTIDA, individually and husband and wife and the marital community comprised thereof,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BIG FIVE, a Washington corporation,<br><br>　　　　　　　　Defendant. | NO:  1:16-CV-3099-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss Amended Complaint without Prejudice, ECF No. 19.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal as requested.  Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss without Prejudice, **ECF No. 19**, is **GRANTED**. Plaintiffs' Amended Complaint, ECF No. 16, is dismissed without prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER GRANTING STIPULATED MOTION TO DISMISSAL WITHOUT PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 24th day of August 2016.

>    *s/ Rosanna Malouf Peterson*
>    ROSANNA MALOUF PETERSON
>    United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISSAL WITHOUT PREJUDICE ~ 2